■ PAMELA JANKIE-ALLI et al., Respondents, v MOUNT SINAI MEDICAL CENTER et al., Appellants. [691 NYS2d 766] —Order, Supreme Court, Bronx County (Barry Salman, J.), entered July 17, 1998, which, *inter alia*, denied defendants' motion to dismiss the complaint for failure to prosecute, unanimously affirmed, without costs.

Plaintiffs' failure to file a note of issue in response to defendants' 90-day demand was properly excused upon a showing that plaintiffs and their attorneys frequently relocated throughout the time the action has been pending, and medical documentation, including some of defendants' own records, demonstrating a meritorious cause of action. Defendants' claim of prejudice is unpersuasive since it appears that the case will turn mainly on medical records rather than witnesses' memories (*see, Esbri v Westchester Sq. Med. Ctr.*, 260 AD2d 217). Concur—Rosenberger, J. P., Mazzarelli, Rubin, Saxe and Buckley, JJ.